# IN THE
# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al.,       Plaintiffs, <br><br> v. <br><br> PETER FRANCHOT,       Defendant. | \* <br> \* <br> \* <br> \*    No. 1:12-cv-00410-DKC <br> \* <br> \* <br> \* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of defendant Peter Franchot's consent motion for a 30-day extension of time in which to file a response to the complaint,

1. The motion is GRANTED; and

2. Defendant may file a response to the complaint on or before April 16, 2021.

_____
Deborah K. Chasanow, District Judge