IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PETER FRANCHOT, <br><br> *Defendant*. | No. 1:21-cv-410-DKC <br><br> **NOTICE OF FILING OF AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), plaintiffs hereby file their amended complaint, which is attached as Exhibit 1. Pursuant to Local Rule 103.6(c), a redline comparing the amended complaint with the original complaint is attached as Exhibit 2. Defendant has given his written consent to the filing of the amended complaint, attached as Exhibit 3.

Dated: April 30, 2021

Respectfully submitted,

*/s/ Michael B. Kimberly*

Michael B. Kimberly (Bar No. 19086)
Paul W. Hughes (Bar No. 28967)

Tara S. Morrissey (*pro hac vice*)
Jennifer B. Dickey (*pro hac vice*)

Stephen P. Kranz (*pro hac vice*)
Sarah P. Hogarth (*pro hac vice*)

U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, DC  20062
  tmorrissey@uschamber.com
(202) 463-5337

MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
mkimberly@mwe.com
(202) 756-8000

*Attorneys for the Chamber of Commerce of the United States of America*

*Attorneys for All Plaintiffs*

1