## IN THE
## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al., | * * | |
| *Plaintiffs*, | * | |
| v. | * | No. 21-cv-410-DKC |
| | * | |
| PETER FRANCHOT, | | |
| | * | |
| *Defendant*. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

The Court adopts the parties' jointly proposed schedule and hereby orders that the case will proceed as follows:

1. On April 30, 2021, plaintiffs filed an amended complaint.

2. Defendant may file a dispositive motion in response to the amended complaint on or before June 15, 2021.

3. Plaintiffs may file a combined opposition to defendant's dispositive motion and cross-motion for summary judgment on or before July 29, 2021.

4. Defendant may file a combined reply in support of his dispositive motion and opposition to plaintiffs' cross-motion for summary judgment on or before September 13, 2021.

2

5. Plaintiffs may file a reply in support of their cross-motion for summary judgment on or before October 13, 2021.

_____
Deborah K. Chasanow, District Judge