# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, | * * |
|     *Plaintiffs*, | * |
| v. | No. 1:21-cv-00410-DKC |
| PETER FRANCHOT, | * |
|     *Defendant.* | * |

\* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF JOHN T. HEARN

I, John T. Hearn, Clerk, Maryland Tax Court, hereby certify that:

1. I am over eighteen years of age and competent to testify in this matter.

2. I am the Clerk of the Maryland Tax Court and have been in this position since 2009, and continuously served as Deputy Clerk beginning in 1983.

3. As Clerk, I am charged with custody of the public records of the Maryland Tax Court and my duties include compiling and maintaining statistical records of the appeals filed in, heard by, and disposed of by the Maryland Tax Court.

4. For calendar year 2019, the Maryland Tax Court closed 154 income tax appeals, with the average days to close being 333.42. Of the 154 income tax appeals closed, 89 closed in less than 365 days.

1

5. For calendar year 2018, the Maryland Tax Court closed 117 income tax appeals, with the average days to close being 301.59. Of the 117 income tax appeals, 96 closed in less than 365 days.

6. For calendar year 2019, the Maryland Tax Court closed a total of 1,248 appeals, with the average days to close being 189.54. Of the 1,248 appeals, 1,107 closed in less than 365 days.

7. For calendar year 2018, the Maryland Tax Court closed a total of 996 appeals, with the average days to close being 188.99. Of the 996 appeals, 933 closed in less than 365 days.

**I DECLARE UNDER PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE.**

Signature and Title: _____ CLERK OF COURT

Dated: 9/10/2021