# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 21-cv-00410-LKG |
| v. ) ) | |
| PETER FRANCHOT, *et al.*, ) ) | |
| Defendants. ) ) | |

## ORDER

Oral argument on defendant's motion to dismiss the amended complaint and plaintiffs' cross-motion for summary judgment will be held virtually on **Thursday, February 17, 2022 at 2:00 p.m. Eastern Time**. The Court will provide the parties *via* email with a link prior to oral argument.

**IT IS SO ORDERED.**

Dated: January 4, 2022

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge