IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 21-cv-00410-LKG |
| ) | |
| v. ) | Dated: February 3, 2022 |
| ) | |
| PETER FRANCHOT, ) ) | |
| Defendant. ) ) | |

# **ORDER**

On February 2, 2022, defendant Peter Franchot, Comptroller of the State of Maryland, filed a motion to postpone the February 17, 2022, hearing on his motion to dismiss the amended complaint and plaintiffs' cross-motion for summary judgment, in light of the heavy litigation schedule of the Office of the Attorney General of Maryland. ECF No. 59. On the same day, plaintiffs filed a response in opposition to defendant's motion, ECF No. 60, and defendant filed a reply in support of his motion, ECF No. 61.

The Court scheduled the February 17, 2022, hearing on January 4, 2022, at the request of, and in close consultation with, the parties. *See* Order, ECF No. 58. Defendant's request to postpone the hearing due to the press of other business, while understandable, does not establish good cause to warrant the postponement of the hearing and delay of this litigation. And so, the Court **DENIES** defendant's motion to postpone.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge