IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PETER FRANCHOT, <br><br> Defendant. | Civil Action No. 21-cv-00410-LKG <br><br> Dated: February 4, 2022 |

## **ORDER**

The Court has scheduled oral arguments on defendant's motion to dismiss the amended complaint and plaintiffs' cross-motion for summary judgment in the above-captioned matter, to be held on **February 17, 2022, at 2:00 p.m. Eastern Time**. The parties shall adhere to the following time allocations for the oral argument:

1. Opening arguments for plaintiffs and defendant, **25** minutes each;

2. Responses for plaintiffs and defendant, **15** minutes each; and

3. Rebuttal, if any, for plaintiffs and defendant, **5** minutes each.

In addition, the parties shall be prepared to address the following issues during the hearing:

1. Whether the assessment in Maryland's Digital Advertising Gross Revenues Tax Act ("DATA") constitutes a "tax" or a "penalty" under applicable Fourth Circuit precedent;

2. Whether the State of Maryland has established a "plain, speedy and efficient remedy" for Tax Injunction Act purposes; and

3. If the Court concludes that the Tax Injunction Act bars plaintiffs' challenge to the DATA, whether plaintiffs may pursue their claims challenging the DATA's "pass-through prohibition."

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge