# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, ) ) ) ) Plaintiffs, ) ) v. ) ) PETER FRANCHOT, ) ) Defendant. ) ) | Civil Action No. 21-cv-00410-LKG<br><br>Date: April 8, 2022 |

## SCHEDULING ORDER

On March 31, 2022, the Court issued a Memorandum Opinion and Order that, among other things, dismissed Counts I, II and III of the amended complaint in the above-captioned tax matter. *See* Mar. 31, 2022, Mem. Op. and Order, ECF No. 67. The remaining claim in this case involves a challenge to the pass-through prohibition contained in Maryland's Digital Advertising Gross Revenues Tax Act, 2021 Md. Laws ch. 37, codified at Title 7.5 of the Tax-General Article. *See* Am. Compl. at Count IV. On April 4, 2022, the parties filed a joint status report stating their respective views on how this matter should proceed to resolve that claim. ECF No. 68.

In light of the foregoing, the parties shall **FILE** supplemental briefs on the following issue: Whether the Digital Advertising Gross Revenues Tax Act's pass-through prohibition violates the First Amendment.

The Court, with the assistance of the parties, sets the following schedule for the filing of parties' supplemental briefs:

| | |
|---|---|
| Opening supplemental briefs | **April 29, 2022** |
| Responsive supplemental briefs | **May 13, 2022** |

| Oral argument, if warranted. | **To be determined.** |

**IT IS SO ORDERED.**

                            s/ Lydia Kay Griggsby
                            LYDIA KAY GRIGGSBY
                            United States District Judge