IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 21-cv-00410-LKG |
| v. | ) Dated: May 23, 2022 |
| PETER FRANCHOT, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

Oral argument on the parties' cross-motions for summary judgment will be held virtually on **Tuesday, July 12, 2022 at 2:00 p.m. Eastern Time**. The Court will provide the parties *via* email with a link prior to oral argument.

**IT IS SO ORDERED.**

                                           s/ Lydia Kay Griggsby
                                           LYDIA KAY GRIGGSBY
                                           United States District Judge