# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, | * |
| *Plaintiffs*, | * |
| v. | * No. 1:21-cv-00410-LKG |
| PETER FRANCHOT, | * |
| *Defendant*. | * |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUPPLEMENTAL AUTHORITY

In the hearing scheduled for this afternoon, July 12, 2022, counsel may be referring to the following decisions that were not cited in briefing.

With respect to the Court's third question ("Whether plaintiffs have satisfied the prerequisite for bringing a facial First Amendment challenge to the DATA's pass-through prohibition under *Greater Balt. Center for Pregnancy Concerns, Inc. v. Mayor and City Council Balt.*, 721 F.3d 264, 282 (4th Cir. 2013)), the following cases may be referenced:

> *United States v. Miselis*, 972 F.3d 518 (4th Cir. 2020), *cert. denied*, 141 S. Ct. 2756 (2021), and *cert. denied sub nom. Daley v. United States*, 141 S. Ct. 2756 (2021)

> *White Coat Waste Project v. Greater Richmond Transit Co.*, 35 F.4th 179 (4th Cir. 2022) (reversing in part, affirming in part (citing *White Coat Waste Project v. Greater Richmond Transit Co.*, 463 F. Supp. 3d 661, 694 (E.D. Va. 2020), which was cited by plaintiffs, ECF 73 at 4 of 7)

With respect to the Court's fourth question ("Should the Court conclude that the pass-through prohibition restricts commercial speech, whether the DATA's pass-through prohibition satisfies intermediate scrutiny"), counsel may refer to the following case:

*Int'l Harvester Co. v. Wisconsin Dep't of Tax'n*, 322 U.S. 435, 441 (1944) (regarding a state's power to determine tax incidence)

A copy of each decision is submitted with this notice.

    Respectfully submitted,

    BRIAN E. FROSH
    Attorney General of Maryland

    /s/ Julia Doyle Bernhardt
    _____

    JULIA DOYLE BERNHARDT
    Federal Bar No. 25300
    jbernhardt@oag.state.md.us

    /s/ Steven M. Sullivan
    _____

    STEVEN M. SULLIVAN
    Federal Bar No. 24930
    ssullivan@oag.state.md.us
    Assistant Attorneys General
    200 Saint Paul Place, 20th Floor
    Baltimore, Maryland 21202
    (410) 576-7291
    (410) 576-6955 (facsimile)

    /s/ Brian L. Oliner
    _____

    BRIAN L. OLINER
    Federal Bar No. 05780
    boliner@marylandtaxes.gov
    Assistant Attorney General
    80 Calvert Street, Room 303
    P.O. Box 591
    Annapolis, Maryland 21404
    (410) 260-7808

    Attorneys for Defendant