# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 21-cv-00410-LKG |
| v. ) ) | Dated:  July 25, 2022 |
| PETER FRANCHOT, ) ) | |
| Defendant. ) ) | |

## SCHEDULING ORDER

On July 22, 2022, the parties filed a joint status report setting forth their respective views on the schedule for the filing of supplemental briefs in the above-captioned matter. *See* ECF No. 79; *see also* July 13, 2022, Order (containing issues for the parties to address in supplemental briefs).  In light of the foregoing, the parties shall adhere to the following schedule for the filing of their supplemental briefs:

1. Opening supplemental briefs          **August 12, 2022**

2. Responsive supplemental briefs      **August 26, 2022**

         IT IS SO ORDERED.

                                                                s/ Lydia Kay Griggsby
                                                                LYDIA KAY GRIGGSBY
                                                                United States District Judge