**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA, *et al.*,

                  *Plaintiffs,*

v.

PETER FRANCHOT,

                  *Defendant.*

No. 1:21-cv-410-DKC

**RULE 25 NOTICE OF THE DISSOLUTION**
**OF FORMER PLAINTIFF INTERNET ASSOCIATION**

Pursuant to Rule 25(a)(2), plaintiffs the Chamber of Commerce of the United States of America, the Computer & Communications Industry Association, and Netchoice give notice that former co-plaintiff Internet Association has dissolved and is no longer a going concern. The case shall continue to be prosecuted by the remaining plaintiffs.

Dated: August 23, 2022

Respectfully submitted,

/s/ *Michael B. Kimberly*

Michael B. Kimberly (No. 19086)
   *McDermott Will & Emery LLP*
   *500 North Capitol Street NW*
   *Washington, DC 20001*
   *mkimberly@mwe.com*
   *(202) 756-8000*

*Attorney for All Plaintiffs*