# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 21-cv-00410-LKG |
| v. ) ) | Dated: November 17, 2022 |
| PETER FRANCHOT, *et al.*, ) ) | |
| Defendants. ) ) | |

## **ORDER**

The Court has scheduled oral arguments on the parties' supplemental cross-motions for **Tuesday, November 29, 2022 at 2:00 p.m. Eastern Time**. The parties shall adhere to the following time allocations for the oral argument:

1. Opening arguments, **25** minutes each;

2. Responses, **15** minutes each; and

3. Rebuttal, if any, **10** minutes each.

In addition to being prepared to address the issues raised in the briefing, the parties shall be prepared to address the justiciability of this case, given the Circuit Court for Anne Arundel County's order in *Comcast of California/Maryland/Pennsylvania/Virginia/West Virginia LLC, et al. v. Comptroller of the Treasury of Maryland*, No. C-02-CV-21-000509, holding that the Digital Advertising Tax Act violates the United States Constitution and the Internet Tax Freedom Act. In particular, the parties shall be prepared to address why "the specific relief sought [in this case] . . . has sufficient utility to justify decision of this case on the merits." *S-1 v. Spangler*, 832 F.2d 294, 297 (4th Cir. 1987); *see also California v. Texas*, 141 S. Ct. 2104 (2021)

("A finding of Article III standing to attack an unenforceable statutory provision would allow a federal court to issue what would amount to an advisory opinion without the possibility of any judicial relief, and would threaten to grant unelected judges a general authority to conduct oversight of decisions of the elected branches of Government.").

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge