IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> PETER FRANCHOT, <br> *Defendant*. | * <br> * <br> * <br> *    No. 1:21-cv-00410-LKG <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT'S SUPPLEMENTAL STATUS REPORT**

To update the Court on the status of *Comcast of California/Maryland/Pennsylvania/Virginia/West Virginia LLC, et al. v. Comptroller of the Treasury of Maryland*, Circuit Court for Anne Arundel County No. C-02-CV-21-000509, defendant supplements his October 31, 2022 status report, ECF 91, with the following court filings from that case, copies of which are attached to this report:

1. Plaintiffs' First Amended Complaint (September 10, 2021);

2. Final Declaratory Judgment (November 17, 2022) disposing of challenges to the Maryland Digital Advertising Gross Revenues Tax asserted in Counts One, Six and Eight of plaintiffs' first amended complaint;

3. Order (November 17, 2022) dismissing as moot the challenges to the pass-through prohibition asserted in Counts Ten and Eleven of plaintiffs' first amended complaint, in light of the court's declaration regarding the Maryland Digital Advertising Gross Revenues Tax;

4. Stipulation dismissing all remaining counts in plaintiffs' first amended complaint (November 16, 2022); and

5.  Comptroller of Maryland's notice of appeal (November 21, 2022).

As these documents confirm, the proceedings in the Circuit Court for Anne Arundel County have concluded with respect to all claims asserted by plaintiffs, and the Comptroller's timely appeal is pending.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

/s/ Julia Doyle Bernhardt
_____

JULIA DOYLE BERNHARDT
Federal Bar No. 25300
bernhardt@oag.state.md.us

/s/ Steven M. Sullivan
_____

STEVEN M. SULLIVAN
Federal Bar No. 24930
ssullivan@oag.state.md.us
Assistant Attorneys General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-7291
(410) 576-6955 (facsimile)
Attorneys for Defendant

November 25, 2022