| | | |
|---|---|---|
| COMCAST OF CALIFORNIA/MARYLAND/ PENNSYLVANIA/VIRGINIA/WEST VIRGINIA, LLC, et al. | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiffs, | * | FOR |
| v. | * | ANNE ARUNDEL COUNTY |
| COMPTROLLER OF MARYLAND, | * | Case No. C-02-CV-21-000509 |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

## COMPTROLLER OF MARYLAND'S NOTICE OF APPEAL

Pursuant to Md. Rule 8-201, Petitioner, Comptroller of Maryland, by Brian E. Frosh, Attorney General of Maryland, Murray Singerman and Jessica Wisner, Assistant Attorneys General, files this Notice of Appeal to the Court of Special Appeals of Maryland seeking review of the Orders of this Court, dated October 20, 2022 and entered on October 21, 2022 and dated November 17, 2022 and entered on November 18, 2022, and the Declaratory Judgment dated November 17, 2022 and entered on November 18, 2022.

DATE: November 21, 2022

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

*/s/Murray Singerman*
MURRAY SINGERMAN CPF #9306230333
JESSICA WISNER CPF # 1112150287
Assistant Attorneys General
P.O. Box 591
Annapolis, Md. 21404-0591
Telephone: 410-260-7808
E-mail: msingerman@marylandtaxes.gov
E-mail: jwisner@marylandtaxes.gov
*Attorneys for the Petitioner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 21st day of November, 2022, a copy of the COMPTROLLER OF MARYLAND'S NOTICE OF APPEAL was electronically filed and electronically served through the Maryland Electronic Case filing system and through first-class mail on all parties entitled to service:

>Jeffrey A. Friedman, Esq.
>Charles C. Kearns, Esq.
>Charles C. Capouet, Esq.
>Daniel Schlueter, Esq.
>Eversheds-Sutherland (US) LLP
>700 Sixth Street, N.W., Suite 700
>Washington, D.C. 20001
>*Counsel for the Plaintiffs*.

>*/s/Murray Singerman*
>MURRAY SINGERMAN
>Assistant Attorney General