IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PETER FRANCHOT, <br><br> Defendant. | Civil Action No. 21-cv-00410-LKG |

# FINAL JUDGMENT

On March 31, 2022 (ECF No. 67), the Court dismissed Counts I, II, and III of the first amended complaint with prejudice for lack of jurisdiction. On December 2, 2022 (ECF No. 98), the Court dismissed the remaining claim (Count IV) of the first amended complaint without prejudice for lack of jurisdiction.

Pursuant to the Court's orders dated March 31, 2022, and December 2, 2022, respectively, Counts I, II, and III of plaintiffs' first amended complaint are **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction, and Count IV of plaintiffs' first amended complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Final judgment is entered accordingly.

Each party to bear its own costs.

Dated: 12/12/2022

By: Brian Ames
Deputy Clerk