IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA, *et al.*,

          *Plaintiffs*,

v.

PETER FRANCHOT,

          *Defendant*.

No. 1:21-cv-410-DKC

**NOTICE OF APPEAL**

Notice is hereby given that all plaintiffs appeal to the United States Court of Appeals for the Fourth Circuit from the December 12, 2022 final judgment (Dkt. 101) entered in the above captioned case, and from any and all other orders and decisions that merge therein, including but not limited to: the March 4, 2022 Memorandum Opinion and Order dismissing Counts I, II, and III of the amended complaint (Dkt. 66); the March 31, 2022 Revised Memorandum and Order to the same effect (Dkt. 67); and the December 2, 2022 Memorandum and Order dismissing Count IV of the amended complaint (Dkt. 98).

Dated: December 13, 2022

Respectfully submitted,

/s/ *Michael B. Kimberly*

Michael B. Kimberly (No. 19086)
  *McDermott Will & Emery LLP*
  *500 North Capitol Street NW*
  *Washington, DC 20001*
  *mkimberly@mwe.com*
  *(202) 756-8000*

*Attorney for All Plaintiffs*