IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 21-cv-00410-LKG |
| v. ) ) | Dated:  March 14, 2024 |
| BROOKE LIERMAN, ) ) ) | |
| Defendant. ) ) | |

## SCHEDULING ORDER

On March 14, 2024, the parties participated in a telephonic status conference in the above-captioned matter.  For the reasons stated in the telephonic conference, the parties shall adhere to the following schedule for the briefing of their views on the meaning of the pass-through provision:

| | |
|---|---|
| Parties' Supplemental Opening Briefs | **On or before March 29, 2024** |
| Parties' Supplemental Response Briefs | **On or before April 8, 2024** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge