# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BROOKE LIERMAN, <br><br> Defendant. | Civil Action No. 21-cv-00410-LKG <br><br> Dated:  July 3, 2024 |

## ORDER

For the reasons stated in the Court's memorandum opinion in the above-captioned matter, dated July 3, 2024, the Court:

**(1) GRANTS** Defendant's motion to dismiss Count IV of the amended complaint;

**(2) DENIES** Plaintiffs' motion for summary judgment as to Count IV of the amended complaint; and

**(3) DISMISSES** this matter.

Judgment shall be entered accordingly.

Each party to bear its own costs.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge