IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Civil Action No. 1:21-cv-00410-LKG |
| v. | Dated: August 8, 2024 |
| BROOKE LIERMAN, | |
| Defendant. | |

## **FINAL JUDGMENT**

On July 3, 2024 (ECF No. 120), the Court: (1) granted Defendant's motion to dismiss Count IV of the amended complaint; (2) denied Plaintiffs' motion for summary judgment as to Count IV of the amended complaint; and (3) dismissed this matter.

Pursuant to the Court's Order dated July 3, 2024, Count IV of plaintiffs' amended complaint is **DISMISSED**, and this matter is **DISMISSED**.

Final judgment shall be entered accordingly.

Each party to bear its own costs.

Dated: 08/08/2024        By: _____