FILED: August 15, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1727
(1:21-cv-00410-LKG)

_____

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; NETCHOICE; COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION

        Plaintiffs - Appellants

v.

BROOKE E. LIERMAN

        Defendant - Appellee

-------------------------------

NATIONAL TAXPAYERS UNION FOUNDATION

        Amicus Supporting Appellants

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is reversed. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with <u>Fed. R. App. P. 41</u>.

<u>/s/ NWAMAKA ANOWI, CLERK</u>