# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BROOKE LIERMAN, <br><br> Defendant. | Civil Action No. 1:21-cv-00410-LKG <br><br> Dated: October 9, 2025 |

## ORDER

On October 8, 2025, the parties participated in a status conference, in the above-captioned civil matter. ECF No. 136. In light of the foregoing, and for the reasons stated during the status conference, the parties are **DIRECTED** to file a joint status report, **on or before October 14, 2025**, providing a proposed final order to resolve the above-captioned civil matter.

    **IT IS SO ORDERED.**

    s/ Lydia Kay Griggsby
    LYDIA KAY GRIGGSBY
    United States District Judge