IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>BROOKE LIERMAN,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:21-cv-00410-LKG<br>)<br>)  Dated: October 15, 2025<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT AND ORDER

It is hereby **ORDERED** and **DECLARED** that:

1. The Plaintiffs are entitled to summary judgment on Count IV of the amended complaint (ECF No. 25). The Court **ENTERS JUDGMENT** summarily in favor of the Plaintiffs on Count IV of the amended complaint;

2. Md. Code, Tax-Gen. § 7.5-102(c) facially violates the First Amendment;

3. The Defendant, Brooke Lierman, in her official capacity as Comptroller of the State of Maryland, her successors, her agents, employees, and all persons in active concert or participation with the Defendant and her successors are permanently enjoined from enforcing Md. Code, Tax-Gen. § 7.5-102(c) against the Plaintiffs' member companies, current and future;

4. The Court shall **RETAIN** jurisdiction over this case for purposes of implementing and enforcing this **FINAL JUDGMENT**; and

5. Any motion for attorneys' fees and costs shall be **FILED** no later than **30 days after the entry of this Judgment and Order**. Fed. R. Civ. P. 54(d).

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　s/ Lydia Kay Griggsby
　　　　　　　　　　　　　　　　　　　　　　LYDIA KAY GRIGGSBY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge